# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1320. IN THE INTEREST OF G. C., children (mother).**

The mother has appealed the trial court's order of dependency in this case, and the Juvenile Court of Dawson County appointed Lynn Akeley-Alderman and Kevin Gough to represent the mother. The Juvenile Court also entered an order prohibiting Heather Daly from representing the mother below. On appeal, Akeley-Alderman and Gough have moved to withdraw and indicated that Heather Daly represents the mother. Based on the juvenile court order finding that Daly could not represent the mother, and based on the motions to withdraw by Akeley-Alderman and Gough, we hereby REMAND this case to the Juvenile Court of Dawson County for appointment of appellate counsel. Once the juvenile court has entered an order addressing the issue of appellate representation, the juvenile court clerk is DIRECTED to resubmit the appeal with this order and any additional relevant filings docketed after the instant appeal was previously submitted.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/06/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*